**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 98-cr-00104-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  GILBERT SANCHEZ,

    Defendant.

---

**MINUTE ORDER**[1]

---

On **August 5, 2011**, commencing at 3:30 p.m., the court shall conduct a revocation of supervised release hearing. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: May 31, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.