**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 98-cr-00104-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  GILBERT SANCHEZ,

    Defendant.

## MINUTE ORDER[1]

    The matter is before the court *sua sponte*. An opening on the court's calendar has become available on Friday, August 5, 2011. After conferring with counsel, and with their consent,

    **IT IS ORDERED** as follows:

    1. That the Revocation of Supervised Release Hearing set for Friday, August 5, 2011, at 3:30 p.m., is **VACATED** and is **RESET** to **10:00 a.m.** on this date; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: July 29, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.