**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 98-cr-00104-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  GILBERT SANCHEZ,

    Defendant.

## ORDER

**Blackburn, J.**

This matter came before me on August 5, 2011, for hearing on the petition [#125] filed August 22, 2001. After hearing I entered dispositional orders that I now reiterate.

**THEREFORE, IT IS ORDERED** as follows:

1. That the petition [#125] is sustained;

2. That the term of supervised release is terminated effective immediately;

3. That the defendant is resentenced to the Bureau of Prisons for a period of time served;

4. That no additional term of supervised release is imposed;

5. That the extant judgment of conviction and sentencing orders are amended and supplemented to the extent necessary to facilitate and implement these orders; and

6. That the custody of the defendant is remanded to the U.S. Marshal, who shall deliver the defendant into the custody of BICE consistent with the its extant detainer.

Dated August 5, 2011, at Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge